# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __07-1123M__

2) Defendant's Name: __Dozortsev__   __Nikolai__   _____
   (Last)   (First)   (M.I.)

3) Age: _____

4) Title: __18__   Section(s): __1956__

5) Citizen of: _____   Needs: _____ Interpreter

6) Arrest Warrant Issued: __10/12/07__   Date and time of arrest: __10/13/07__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes  ___No   Other District: _____

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: __X__ Yes  ___No   Date/Time: __10/15/07__

10) Detention Hearing Held: ___  Bail set at: __$1.8 million__  ROR Entered: ___  POD Entered: ___
    - home detention w/ electronic monitoring

11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Steven Tiscione__

14) DEFENSE COUNSEL'S NAME: __Robert Wolf__
    Address: _____
    Bar Code: _____   CJA: ___  FDNY: ___  RET: __X__
    Telephone Number: (   )  _____

15) LOG #: __(3:52 - 4:14)__   MAG. JUDGE: __Gold__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes  ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __07-1123M__

2) Defendant's Name: __Dozortsev__      __Arthur__
   (Last)            (First)            (M.I.)

3) Age: _____

4) Title: __18__   Section(s): __1956__

5) Citizen of: _____   Needs: _____ Interpreter

6) Arrest Warrant Issued: __10/12/07__   Date and time of arrest: __10/13/07__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __10/15/07__

10) Detention Hearing Held:___ Bail set at: __$1 million__  ROR Entered:___ POD Entered:___

11) Temporary Order of Detention Entered:___   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Steven Tiscione__

14) DEFENSE COUNSEL'S NAME: __Robert Wolf__  (for arraignment only)
    Address: _____
    Bar Code: _____ CJA:___ FDNY:___ RET: __X__
    Telephone Number:(___) _____

15) LOG #: __(3:52 - 4:14)__   MAG. JUDGE: __Gold__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: __Deft to retain counsel at arraignment as soon as possible.__

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE