CP:TMM
F.# 2007R00229/OCDETF # NY-NYE-0534

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ JAN 22 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

NIKOLAI DOZORTSEV,
   also known as "Nicky" and
   "Kolja,"
ARTHUR DOZORTSEV,
BORIS NAYFELD and
ROBERTO ALCAINO,

             Defendants.

- - - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

I N D I C T M E N T

Cr. No. 08          44

(T. 21, U.S.C., §§
841(b)(1)(A)(ii)(II) and
846; T. 18, U.S.C., §§
1956(h), 2 and 3551 et
seq.)

SIFTON

MATSUMOTO, M.J.

COUNT ONE
(Attempted Cocaine Possession)

     In or about and between July 2007 and October 2007,

both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendants NIKOLAI

DOZORTSEV, also known as "Nicky" and "Kolja," BORIS NAYFELD and

ROBERTO ALCAINO, together with others, did knowingly and

intentionally attempt to distribute and possess with intent to

distribute a controlled substance, which offense involved five

kilograms or more of a substance containing cocaine, a Schedule

II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

     (Title 21, United States Code, Sections

841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code,

Sections 2 and 3551 et seq.)

<u>COUNT TWO</u>
(Conspiracy to Launder Money)

In or about and between March 2007 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," ARTHUR DOZORTSEV and BORIS NAYFELD, together with others, did knowingly and intentionally conspire to conduct financial transactions in and affecting interstate and foreign commerce, to wit: the transportation, transmission and transfer of funds to and through companies and bank accounts, which in fact involved the proceeds of specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 959(a) and 963, and trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, (a) with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity,

in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

      (Title 18, United States Code, Sections 1956(h) and

3551 <u>et</u> <u>seq</u>.)


A TRUE BILL


                            [redacted]
                            FOREPERSON


BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD.34
JUN.85

No. _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

EASTERN    District of    NEW YORK

THE UNITED STATES OF AMERICA

vs.

NIKOLAI DOZORTSEV, a/k/a "Nicky" and "Kolja," ARTHUR DOZORTSEV, BORIS NAYFELD and ROBERTO ALCAINO,

Defendants.

## INDICTMENT

Cr. No.
(T. 21, U.S.C., §§ 841(b)(1)(A)(ii)(II) and 846; T. 18, U.S.C., §§ 1956(h), 2 and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this 22nd day.
of _January_ A.D. 19 2008

_____

_____
Clerk

Bail, $ _____

TONI MELE, AUSA 718-254-6138

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 22 2008  ★

BROOKLYN OFFICE

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



1.    Title of Case:  **United States v. Nikolai Dozortsev, et al.**

2.    Related Magistrate Docket Number(s): M-07-1123

          None ( )

3.    Arrest Date:  **10-13-07**

4.    Nature of offense(s):  ☒  Felony
                            ☐  Misdemeanor

SIFTON
MATSUMOTO, M.J

5.    Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
      Local E.D.N.Y. Division of Business Rules):  _____
       United States v. Ricardo Marian Fanchini, 07-CR-736 (CPS) _____
      _____

6.    Projected Length of Trial:    Less than 6 weeks    (X)
                                    More than 6 weeks    ()

7.    County in which crime was allegedly committed: _____Kings_____
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Has this indictment/information been ordered sealed?    ( ) Yes  (X) No

9.    Have arrest warrants been ordered?                      ( ) Yes  (X) No

                                    BENTON J. CAMPBELL
                                    UNITED STATES ATTORNEY

                        By:    _St T¬S_____
                                    Steven Tiscione
                                    Assistant U.S. Attorney
                                    718-254-6317

                                    Toni Mele
                                    Assistant U.S. Attorney
                                    718-254-6138

Rev. 3/22/01