

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

*Mailing Address:*  *271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 7, 2008

**By ECF and FAX**

Honorable Charles P. Sifton
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    Re:  United States v. Dozortsev, et al.
>         Criminal Docket No: 08-0044 (CPS)

Dear Judge Sifton:

        The government respectfully opposes the request for permission to travel of defendant Nikolai Dozortsev in the above-captioned matter.  Dozortsev has already been determined to pose a significant risk of flight, as evidenced by the extremely restrictive conditions of his release which include a curfew, electronic monitoring and travel restrictions.  As electronic monitoring only functions in the vicinity of one's residence, Pretrial Services would be unable to monitor the defendant's whereabouts during his purported vacation in Florida, thus

granting the defendant, a person of substantial resources, ample opportunity to flee.

                                    Respectfully submitted,

                                    BENTON J. CAMPBELL
                                  United States Attorney

                By:      /s/
                      Alexander A. Solomon
                      Assistant United States Attorney
                      (718) 254-6074

cc via ECF:

Barry S. Zone, Esq. (Attorney for defendant Dozorstev)