CP:SLT
F.# 2007R00229/OCDETF # NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                **NOTICE OF MOTION**

    - against -

RICARDO MARIAN FANCHINI,                Cr. No. <u>07-736 (S-1)</u> (CPS)
   also known as "Richard
   Rotmann," "Richard Fanchini,"
   "Riccardo Rotmann," "Riccardo
   Fanchini," "Riccardo Kozina,"
   "Richard Kozina," "Riccardo
   Wojoiechowska," "Jerzy Bank,"
   "Jeazy Bank,""Ioannis
   Skandalis-Themistoklis,"
   "Kozina Ryszaro," "Michael
   Prokupecz," "Aksamity,"
   "Yura," "Warhol," "Rysiek,"
   "Richard Ryjwirski," "Bank,"
   "the Polack," "the Gypsy"
   and "Vasja,"

               Defendant.
- - - - - - - - - - - - - - - - - -X
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                **NOTICE OF MOTION**

    - against -

NIKOLAI DOZORTSEV,                      Cr. No. <u>08-044 (S-1)</u> (CPS)
   also known as "Nicky" and
   "Kolja,"
ARTHUR DOZORTSEV, and
BORIS NAYFELD,

               Defendants.
- - - - - - - - - - - - - - - - - -X

       PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Steven L. Tiscione, Esq., dated the 16th day of June, 2008, and the memorandum of law submitted herewith, the government will move this Court before the Honorable Judge Charles P. Sifton, at

the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, on the 23rd day of June, 2008 at 12:00 p.m., or on such other date thereafter that is convenient to the Court, for an order consolidating the above-captioned cases for trial with respect to the defendants RICARDO MARIAN FANCHINI, NIKOLAI DOZORTSEV, and ARTHUR DOZORTSEV.

    Respectfully Submitted,

    BENTON J. CAMPBELL
    United States Attorney
    Eastern District of New York

By: _____/s/_____
    STEVEN L. TISCIONE
    TONI M. MELE
    LICHA M. NYIENDO
    ALEXANDER A. SOLOMON
    Assistant United States Attorneys
    (718) 254-6317/6138/6350/6074