```
RLC:SLT
F.# 2007R00229
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE TO CLERK OF COURT** |
| - against - | Criminal Action<br>Nos. 08-044 (S-1) (CPS) |
| NIKOLAI DOZORTSEV, | 07-736 (S-3) (CPS) |
| Defendants, | |
| - and - | |
| IRENA DOZORTSEV,<br>EUGENE DOZORTSEV,<br>LARISA DOZORTSEV,<br>IGOR KATZMAN, and<br>ARTHUR DOZORTSEV, | |
| Sureties. | |

- - - - - - - - - - - - - - X

S I R:

You are hereby directed to serve a copy of (1) the accompanying Notice of Motion for, <u>inter</u> <u>alia</u>, an order pursuant to Rule 46(e)(3) of the Federal Rules of Criminal Procedure, entering judgment on the bail bond in the above-captioned action; (2) the accompanying proposed "Order Directing Entry of Judgment and Appointing a Receiver"; (3) the four accompanying proposed "Order[s] of Forfeiture of Real Property and Judgment"; (4) Declaration; and (5) this notice on the following persons at their last known addresses:

1.  NIKOLAI DOZORTSEV
    Metropolitan Detention Center
    MDC Brooklyn
    P.O. Box 329002
    Bklyn, NY 11232
    and

    c/o Barry Zone, Esq.
    Gersten Savage LLP
    600 Lexington Avenue
    New York, NY 10022-6018

2.  ARTHUR DOZORTSEV
    444 West 19th Street
    Apt. #304
    New York, NY 10011

    c/o Edward Sapone, Esq.
    Sapone & Schietroma, P.C.
    One Penn Plaza, 53rd Floor
    New York, NY 10119

3.  IRENA DOZORTSEV
    2804 Ocean Parkway, Apt. 10B
    Brooklyn, NY 11235

4.  EUGENE DOZORTSEV
    65 Oriental Boulevard
    Brooklyn, NY 11235

5.  LARISA DOZORTSEV
    65 Oriental Boulevard
    Brooklyn, NY 11235

6.  IGOR KATZMAN
    41 Willow Road
    Woodmere, NY 11598

You are directed to effect service by mailing the above-described documents forthwith.

This notice is served upon you in furtherance of Rule 46(f)(3) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           April 2, 2009

                                       BENTON J. CAMPBELL
                                       United States Attorney
                                       Eastern District of New York
                                       271 Cadman Plaza East
                                       Brooklyn, New York 11201

                               By:     _____
                                       STEVEN L. TISCIONE
                                       EVAN WEITZ
                                       Assistant U.S. Attorneys
                                       (718) 254-6317
                                       (718) 254-6148

TO:   NIKOLAI DOZORTSEV
      IRENA DOZORTSEV
      EUGENE DOZORTSEV
      LARISA DOZORTSEV
      IGOR KATZMAN
      ARTHUR DOZORTSEV
      CLERK OF COURT