# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
**FREDERIC BLOCK**
U.S. DISTRICT JUDGE

11/30/09

Re.: USA v. NIKOLAI DOZORTSEV
CR -07-736(S-3)-2 | CR-08-44-1(FB)

Dear Counsel,

Please find enclosed a copy of the probation departments sentencing recommendation in the above case which is currently scheduled for sentencing on 1/28/10 AT 3pm J. Block has adopted a policy whereby he now discloses the sentencing recommendation of the probation department.

If you should have any further questions feel free to contact me at (718) 613-2425.

Respectfully,

Michael Innelli
Case Manager